DAVID F. SAMPSON, ESQ.,
Nevada Bar No. 6811
LAW OFFICE OF DAVID SAMPSON
630 S. 3rd Street
Las Vegas, NV 89101
Tel: 702-605-1099
Fax: 888-209-4199
Email: david@davidsampsonlaw.com
*Attorney for Plaintiff of Counsel*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE ESCOBEDO, as assignee in interest of TREASA CASSEAUX, <br><br> Plaintiff, <br><br> vs. <br><br> THE HERTZ CORPORATION, ESIS, INC., and ACE AMERICAN INSURANCE COMPANY and DOES I - V, and ROE CORPORATIONS I - V, inclusive, <br><br> Defendants. | CASE NO: 2:21-cv-00722 <br><br> **STIPULATION TO DISMISS WITHOUT PREJUDICE** |

COMES NOW the Plaintiffs by and through their attorney DAVID F. SAMPSON, ESQ., and WILLIAM REEVES, ESQ., counsel for all Defendants, and stipulate to the dismissal of this action in its entirety as to all parties and claims without prejudice.

DATED THIS 5th day of November, 2021

| | |
|---|---|
| LAW OFFICE OF DAVID SAMPSON, LLC. | MORALES, FIERRO & REEVES |
| BY: /s/ *David Sampson* | BY: /s/ *William Reeves* |
| DAVID SAMPSON, ESQ. | WILLIAM C. REEVES, ESQ. |
| Nevada Bar No.6811 | Nevada Bar No. 8235 |
| LAW OFFICE OF DAVID SAMPSON, LLC. | MORALES, FIERRO & REEVES |
| 630 S. 3rd Street | 600 S. Tonopah Dr., Suite 300 |
| Las Vegas, Nevada 89101 | Las Vegas NV 89106 |
| Attorney for Plaintiff | Attorney for Defendants |

Based upon the stipulation of the parties to this matter, this action is hereby dismissed without prejudice, each party to bear their own costs and fees.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this __12__ day of November, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT